Priority  
Send  
Enter  
Closed  
JS-5/JS-6 ✓  
JS-2/JS-3  
O ✓

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN A. HERRERA, | Case No. CV 07-6019-CJC (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| M. ALMAGER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 29, 2010

HONORABLE CORMAC J. CARNEY  
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA  
United States Magistrate Judge